IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUINCY B. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-988-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 2, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 23rd day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE